UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 09-933 |
| MARIANO VEGA | : | ORDER |

This matter having been opened to the Court upon the application of the United States, by Paul J. Fishman, United States Attorney (Rachael A. Honig, Assistant U.S. Attorney, appearing), in the presence of defendant Mariano Vega (Peter Willis, Esq., appearing), for a protective order pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure limiting the use and disclosure of (a) recorded conversations of the defendant and others; (b) wire and electronic communications intercepted pursuant to 18 U.S.C. § 2510 et seq. ((a) and (b) collectively, the "Recordings"); and (c) investigative agency reports (the "Reports"), which have been or will be made available to counsel for defendant Vega, and the Court, with the consent of the parties, and for good cause shown, having found that such an order should be entered,

WHEREFORE, IT IS on this 21st day of January, 2010,

ORDERED that:

1. The Recordings and Reports and information contained in the Recordings and Reports shall not be disclosed to anyone other than defendant, defendant's counsel, and any employee or agent

working at the direction of defense counsel in this matter;

2.   The Recordings and Reports and information contained in the Recordings and Reports will be used only in the preparation of the defense in this case. Notwithstanding the provisions of Paragraph 1, the defense shall be permitted to review, with prospective witnesses and their counsel, all materials referenced in Paragraph 1 to the extent necessary to prepare the defense;

3.   Notwithstanding any other provision of this Order, the defense shall be permitted to disclose the Recordings and Reports and information contained within the Recordings and Reports in connection with the filing of the defendant's motions with the Court, or for use at trial, subject to Fed. R. Crim. P. 41.1; and

4.   If there is a need prior to trial or during trial to disclose the Recordings and Reports or information contained in the Recordings and Reports beyond that permitted by this Order, then the defendant will make an application to the Court, upon notice to the government, requesting such authorization.

HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

Accepted and Acknowledged:

    PAUL J. FISHMAN
    UNITED STATES ATTORNEY

BY: _____
    RACHAEL A. HONIG
    Assistant U.S. Attorney


_____
PETER WILLIS, ESQ.
Counsel for defendant Vega