UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Jose L. Linares

        v.    :    Mag. No. 09-933

MARIANO VEGA, JR.    :    <u>ORDER FOR CONTINUANCE</u>

       This matter having come before the Court on the joint application of Paul J. Fishman, Jr., United States Attorney for the District of New Jersey (Sandra L. Moser, Assistant U.S. Attorney, appearing), and defendant MARIANO VEGA, JR. (Peter Willis, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for the period from April 15, 2010 through and including October 12, 2010, to allow the parties to conduct plea negotiations, and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

       IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

       (1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 15th day of April, 2010,

ORDERED that this action be, and hereby is, continued for the period from April 15, 2010 through and including October 12, 2010; and it is further

ORDERED that the period from April 15, 2010 through and including October 12, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. JOSE L. LINARES
United States District Judge

_____
Peter Willis, Esq.
Attorney for MARIANO VEGA, JR.